

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2013

No. 04-13-00599-CV

Gregory **JACKSON**,
Appellant

v.

Kevin **CARLTON**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19961
Honorable Martha B. Tanner, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER that appellee Kevin Carlton recover his costs of this appeal from appellant Gregory Jackson.

It is so **ORDERED** on November 20, 2013.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2013.

_____
Keith E. Hottle, Clerk